**SIGNED.**

Dated: July 15, 2008



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| GREGORY A. FRIEDMAN and JUDITH MERCER-FRIEDMAN, | No. 4:07-bk-02135-JMM |
| Debtor(s). | **MEMORANDUM DECISION** |

Proceedings were held on July 14, 2008 concerning moving various matters forward on the court's docket. Having reviewed the file, and considered the positions of both parties, the court now rules.

## The Chapter 11 Case (Administrative File)

The Debtors' bankruptcy case was filed on October 26, 2007. A plan and disclosure statement were to be filed on or before February 26, 2008 (*see* Dkt. #20), and this event occurred in a timely fashion (Dkt. #42 and #43), and a confirmation hearing was scheduled for May 1, 2008. At that time, the various "abeyance" issues were discussed, and the Debtors indicated that they would be filing an amended plan. On July 11, 2008, this court *sua sponte* noted that nothing had been filed along those lines, and ordered that the Debtors were to file an amended plan and disclosure statement by August 10, 2008 (Dkt. #100).

Once the amended plan and disclosure statement are filed, the clerk shall notice hearings thereon.

### Adversary 08-134 (Complaint to Determine Tent of P+P's lien) and Adversary 08-115 (Nondischargeability Complaint)

It is appropriate to begin moving these matters to conclusion. In that regard, all prior orders suspending the progress of these cases are vacated and withdrawn.

The Clerk is directed to prepared a trial scheduling order for these two adversary proceedings.

### P+P's Motion for Stay Relief (Administrative File)

P+P filed a stay relief motion on April 9, 2008 (Dkt. #56). It is appropriate to begin moving that matter forward.

It will be ordered that the Clerk is directed to set the motion for a preliminary hearing, to be held within the next 30 days.

It will further be ordered that any orders holding that item in abeyance are withdrawn and terminated.

### Postscript

Should matters occur in the Colorado state court which have definitive bearing on these matters, counsel should report the same to the court.

### Separate Orders

Separate orders shall be entered regarding each of the matters discussed herein.

DATED AND SIGNED ABOVE.

COPIES served as indicated below
on the date signed above:

Scott D. Gibson
Gibson, Nakamura, & Decker, PLLC
2941 N. Swan Rd., Suite 101
Tucson, AZ 85712-2343                    Email: sgibson@gnglaw.com

Maureen P. Henry
Collins, May, Potenza, Baran & Gillispie, P.C.
201 N. Central Ave., Suite 2210
Phoenix, AZ 85004-0022                   Email: mhenry@cmpbglaw.com

Duncan E. Barber
Julie Trent
Bieging Shapiro & Burrus LLP
4582 S. Ulster St., Suite 1650           Email: dbarber@bsblawyers.com
Denver, CO 80237                         Email: jtrent@bsblawyers.com

Larry Lee Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706                   Email: larry.watson@usdoj.gov


By /s/ M. B. Thompson
     Judicial Assistant

SIGNED